Roger W. Strassburg, Jr. (No. 16314)
**ROGER STRASSBURG, P.L.L.C.**
9117 East Los Gatos Drive
Scottsdale, AZ 85225
Telephone:  480.585.3550
roger.strassburg@cox.net

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **M3T, L.L.C.,** an Arizona limited liability company, dba "Millenium 3 Technologies,"<br><br>Plaintiff,<br><br>v.<br><br>**ARINC, Inc.,** a Delaware Corporation,<br><br>Defendant. | CV 08-1257-PHX-JAT<br><br>**SUR-REPLY OF PLAINTIFF TO REPLY TO RESPONSE TO MOTION TO DISMISS FOR FOR IMPROPER VENUE AND FAILURE TO STATE A CLAIM, OR IN THE ALTERNATIVE, TO STAY THE DECLARATORY RELIEF ACTION**<br><br>**AND**<br><br>**MOTION TO FILE SUR-REPLY**<br><br>**ORAL ARGUMENT REQUESTED**<br>(Hon. James A. Teilborg) |

Plaintiff, M3T, L.L.C., dba Millenium 3 Technologies ("M3T") hereby moves this Court to make a short sur-reply to the reply of the Defendant to the Response to Defendant's Motion to Dismiss for Improper Venue and Failure to State a Claim, or in the Alternative, To Stay the Declaratory Relief Action ("Defendant's Motion").

On August 8, 2007, M3T met with ARINC and tried to mediate its differences

with ARINC at a mediation held in Phoenix, Arizona, under the auspices of a professional mediator agreed to by both parties, Mr. Richard Friedlander, Esq. of Phoenix. By agreeing to mediate in Arizona, where ARINC had already agreed to resolve all disputes with the City, ARINC waived the forum selection clause in the Subcontract. *Jones v. Cochise Co*., 218 Ariz. 372, 187 P.3d 97 (App. 2008)(actions inconsistent with assertion of the right constitute waiver by conduct).

**RESPECTFULLY SUBMITTED** this 9th day of October, 2008.

**ROGER STRASSBURG, P.L.L.C.**


By: /s/ Roger Strassburg (016314)

ROGER W. STRASSBURG, JR. (NO. 16314)
**ROGER STRASSBURG, P.L.L.C.**
9117 East Los Gatos Drive
Scottsdale, AZ 85225
Telephone:  480.585.3550
roger.strassburg@cox.net
**Attorneys for  Plaintiff**

_____

**ORIGINAL** of the foregoing **E-FILED**
and **COPIES** served via **E-MAIL**
this 9th day of October, 2008, to

LORI KIRSCH-GOODWIN (16233)
KIRSCH-GOODWIN & KIRSCH, P.L.L.C.
8787 East Pinnacle Peak Road, Suite 210
Scottsdale, AZ 85255
480 585 0605 Office
480 585 0622 Fax

1  lkg@kgklaw.com

2  BRIAN L. CELLA (Cal. Bar. 96346)
3  CELLA LANGE & CELLA, L.L.P.
   1600 South Main Plaza, Suite 180
   Walnut Creek, CA
4  925 974 1112 Office
   925 974 1122 Fax
5  blcella@cellalange.net Email

6  **Attorneys for Defendant ARINC, Inc.**